```
 1   SAMUEL J. STEINER
     U.S. Bankruptcy Judge
 2   700 Stewart Street
     Seattle, WA  98101
 3
     (206) 370-5300
 4
```

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re | ) NO. 08-12687 |
| | ) |
| AUBURN ACE HOLDINGS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) MEMORANDUM ON MOTION |
| | FOR RECONSIDERATION |

This matter is before the Court on the motion of Ben Errez and Plan B Development, LLC, for reconsideration of the Court's oral refusal to extend the time to respond to the debtor's motion for relief from the automatic stay to Permit Entry of the Arbitration Award.

The record and history of this matter shows that the debtor filed its motion for relief from the stay on July 22, 2008; that it was properly served; that the response date was August 15, 2008; that no response was filed; that pursuant to Local Bankruptcy Rule 9013(f), on August 20, 2008, the debtor presented a Declaration of No Response and a proposed order; and that the order granting the debtor's motion was entered on that day.

Then on August 22, 2008, at the end of the Court's 9:30 motion calendar, Mr. Errez appeared, without prior notice to the Court or to anyone else, and requested an extension of time to respond to the debtor's motion. Inasmuch as the request was made after the Order was

MEMORANDUM ON MOTION
FOR RECONSIDERATION - 1

entered and was not in compliance with the Court's motion or notice rules, it was denied.

The motion for reconsideration should also be denied for the following reasons.

First, Plan B Development is a LLC which must be presented by an attorney in a Federal Court proceeding. Inasmuch as Plan B Development is not represented, it has no standing in the present matter.

Second, if this bankruptcy had not been filed by the debtor, there would be nothing to stop it from proceeding with the entry of the award.

Third, no reason has been set forth as to why an extension should be granted or why the Order of August 20, 2008, should not have been entered.

DATED: August 28, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

MEMORANDUM ON MOTION
FOR RECONSIDERATION - 2